IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01566-MSK-MJW

ANDREW MARK LAMAR,

    Plaintiff,
v.

KATHLEEN BOYD, NP (No. 12547), and
JOSEPH W. WRIGHT, Physician (No. 14549),

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 27th day of October, 2011.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01566-MSK-MJW

Andrew Mark Lamar
Prisoner No. 113997
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215-0777

Kathleen Boyd, and Joseph W. Wright - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process for Kathleen Boyd, and Joseph W. Wright : AMENDED COMPLAINT FILED 09/12/11, ORDER FILED 10/24/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 27, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk